UNITED STATES  DISTRICT COURT

Northern District of California

SELLAM ABRAHAM ISMAIL,                          No. C 13-669 MEJ

               Plaintiff,                    **ORDER TO SHOW CAUSE**

   v.

WELLS FARGO HOME MORTGAGE, et al.,

               Defendants.

_____/

On February 21, 2013, the Defendant(s) in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of April 4, 2013.  Dkt. No. 5.  However, Plaintiff(s) failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the April 4 hearing and ORDERS Plaintiff Sellam Abraham Ismail to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff(s) shall file a declaration by March 28, 2013.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 11, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby given to Plaintiff(s) that the Court may dismiss the case without a hearing if no responsive declaration is filed.  Thus, it is imperative that Plaintiff(s) file a written response by the deadline above.

     **IT IS SO ORDERED.**

Dated: March 14, 2013

                                        _____

                                        Maria-Elena James
                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SELLAM ABRAHAM ISMAIL,

No. C 13-00669 MEJ

                    Plaintiff(s),

**CERTIFICATE OF SERVICE**

        v.

WELLS FARGO HOME MORTGAGE ET.AL.,

                    Defendant(s).

                                                    /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Sellam Abraham Ismail**
1213 Jessica Drive
Livermore, CA 94550

Dated: March 14, 2013

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

2